Haley Kay Slater 125 North 2nd Street

Indianola, Nebraska 69034

(308)737-9920 02/06/2025

Re: Nathan Mathias Sughroue

To: The Honorable Judge John R. Tunheim

My name is Haley Slater and I'm writing in regards to Nathan and a witness to his character. I am currently employed at Southwest Public Schools at the elementary Indianola, NE. During the summer I voluntarily remain employed with the school and do odd jobs at the high school, which is located in Bartley, NE. I'm 31 years of age, Nathan and I are only about 3 months apart in age. I have known Nathan for roughly 27 years and we also were in the same graduating class of 2012 at Southwest Public Schools. Nathan and I were childhood friends who spent weekends and summers together. Our families have always been close friends, my dad was good friends with Nathan's father, Jeffery Sughroue. 1998 is when I believe I first met Nathan. During our childhood I can remember Nathan as a kind and respectable kid who always included me with him and his friends, even though I was the only girl of the group, he never left me behind or unincluded. In high school in 2011 Nathan and I started dating. After we graduated together in 2012 Nathan and I moved to North Platte, Nebraska where we had our own apartment while he attended college at Mid Plains Community College where he studied auto body school. During this time Nathan attended school full time and was employed part time at God Father's Pizza. Nathan was never one to miss class or miss work, he was always passionate about his schooling and after school every day he went to work at Godfathers Pizza and he usually got home around 11pm, and then was up by 8am the next morning for school. I was employed at Motel 6 full time until he completed his schooling and received an degree in Auto Body Mechanics, during that time he bought a 1998 228 camaro and completely repainted it and did extra body work to it this was part of his schooling and he was very proud of his work. After he graduated in 2014 and we decided to move back to Indianola and decided to buy a house in which we succeeded in, a 5 bedroom 2.5 bathroom with a fenced in backyard, we intended on raising a family here. We put all new siding on our home and a new roof and then we got engaged and planned on getting married, but were in no rush to do so. During that time Nathan was employed at Quality Irrigation of McCook, Ne and I was employed at Hillcrest Nursing home. Nathan had a great reputation with work he did through Quality Irrigation and alot of our local farmers had great respect for Nathan and he was awarded Employee of the year at one point. In 2017 Nathan and I ended our relationship, after 6 years, but always remained close friends, and spoke daily to each other. I had my son in 2017 who isn't biologically Nathan's, but as I stated before we still were very close, and I saw Nathan become an even better human when he chose to step up and be the father figure to my son. Raising another man's child is one of the kindest things another man can do, and my respect for Nathan

after watching my son and him form this inseparable bond grew. I knew in my heart and soul that this man was not just like any other ordinary guy. But I knew he had a pure heart. It's almost like the fact that Nathan wasn't his actual father meant anything, these two were just made for each other. Nathan and I at this point still were not officially back together. In 2019 I found out I was pregnant with my daughter and Nathan and I had decided to get back together, my son and I moved back into the house with Nathan. Again, although my daughter wasnt biologically his, he again stepped up and took my

daughter in as his own. Nathan was present when she came into this world and loved and treated her like his very own. In my opinion, Your Honor, these qualities are hard to come by in men and I believe is one of the most respectable qualities of Nathan's. Showing the true kind and caring man he really is. Nathan fell in love with both of my kids, as they did with him. In 2021 we decided to end our relationship again but we had made promises to still let him see the kids and spend time with them whenever he wanted. Nathan really helped me out after our break up, by still taking kids to school, babysitting when I needed him to, he still made every effort to play an active role in their lives. Nathan and I had a great relationship, he was never violent towards me, always was the one with the more level head about any decisions we made together.

Which brings me to this event and knowing the severity of his case. The Nathan I knew for 27 years was never in any way shape or form this person he was on June 16th. It took me back and I remember being at work and hearing this news and I had to leave for the day being distraught at the severity of this event and knowing the man that I still call my best friend did these actions. I know Nathan better than I know anyone else, and I still believe to this day even after these events that he isn't the man nor the actions he created on June 16th. I still believe Nathan is a good person with a good heart, but he made some extremely bad choices this day. Nathan was the guy who worked 6, sometimes 7 days a week to support my 2 children and myself while I stayed home. He did whatever it took to provide and make sure we had a good home and everything we needed. The shock of the extreme severity of his case has been anything but easy to accept and I believe I can speak on behalf of all of his friends and family on this. Its heartbreaking to see such a good person make bad choices, and knowing this isn't who Nathan actually is.

Nathan has two kids who miss him beyond words, and it's very difficult to explain to a 5 and 7 year old how severe Nathan's choices were and why he's having to pay for the consequences of his actions. I hope when the final decision is made at these 2 kids whom I know Nathan loves more then anything are taken into consideration too. Nathan was the one person who never turned his back on me, even when I had made bad choices, I was addicted to drugs at one point, living the wrong life on the wrong path, and to this day I can say Nathan was the only one I had sometimes, always in my corner always had my back pushing me to do better and be better and kept me remaining positive throughout it all. Sometimes Nathan was the only one I had through this rough patch I went through and getting sober, and I cannot and will not ever be able to thank him enough for being such a positive person for me and being the only one I had at some point. I wouldn't be the better person I am today and I wouldn't be the mother that I am today without his help. So, if there was any way I could return the favor or help him during his downfall, of course I will do anything I can to help and support him through this.

Nathan being gone has left a giant hole in our lives, its an emptiness I cannot explain. Everyone in life makes mistakes, some mistakes greater and more severe such as this one, some deserve the harsh punishments and harsh consequences, and I know there are consequences regardless, From the bottom of my heart and from my most sincere belief, Nathan is not a product of these wrong choices he has made, and when the ultimate decision is made on sentencing day, I hope you could consider how much Nathan means not only to my kids, but to me as well, and with the hope that i have shed some positive light on the great person and man Nathan actually is. I understand how hard it can be to make a decision of this magnitude under the circumstances without knowing the individual in front of you so I hope I have given a better understanding of who Nathan is. I trust your wise decision with everyone's best interest in mind. If I can be of any further assistance please do not hesitate to contact me, I will do anything to help. Thank you.

Respectfully yours,

Haley **Kay** Slater

Kelsey Sughroue
203 E Street
Indianola, NE 69034

04/30/25

RE: Nathan Mathias Sughroue

TO: The Honorable John R. Tunheim,

My name is Kelsey Sughoue, sister of Nathan. I'm writing this today in hopes to give some insight on my brother and the person I know him to be.

I've known Nate all my life and growing up we were very different but very close. For example, Nathan has always been very good with his money. He was a saver, and I however am a spender. I would spend every dime I could earn. And when my money was gone Nathan would share.

I've always liked named brand luxury items, while Nathan prefers to be mindful. Like a boy scout Nate preferred to be prepared over looking expensive. He would always roll his eyes at the price I would pay for jeans because he was convinced Levi from Walmart was better quality and would last longer. He prefers quality and price friendly over luxury and what's trending.

Growing up for both of us had its early heartbreaks. We lost our dad when we were very young. I was 15 and Nate was 11 at that time. This impacted the both of us greatly, however I believe it had a greater impact on my brother. My Dad was my brother's best friend. Hunting, camping, fishing and learning were regular activities for my dad and brother. Losing my dad was devasting but eventually we all learned to function and move on. Moving on for Nate meant doing more of the heavy lifting around the house, as well as helping with our grandparents heavy lifting. Helping with two properties and maintaining farm equipment with my uncle kept Nate very busy and taught him good work ethic and values. He would later use his skills in the irrigation industry.

A few short years later I became pregnant at 17. Nate was always there to help. From long talks to helping care for my child while I did homework, my brother was there for us. Aiden, my son, is now 18 and will graduate this spring. I know for a fact it hurts my brother to his core to miss Aidens graduation. Nate also built a bond with my second child Abel. They use to have Saturday "guy" nights and my brother would grill, fix bikes, and just hang out with Abel and Hendrix (a good friend).

That all changed in June 2023. I started noticing small changes in Nathan's behavior. He had a new girlfriend, much older and with a past. I noticed changes over time and as this new girlfriend became comfortable, she started to pick fights and arguments with me and others close to my brother. I started

talking to Nate, one-on-one, when she was not around. When we were one-on-one, my brother seemed like himself. He could hold conversations and even some conversations had emotional moments. I felt he was just working through regular adult feelings. These conversations continued through winter and once spring came all hell broke loose.

My brother became a shell in March, more distant and non-responsive. The more I noticed and tried to intervene the more his girlfriend would push and argue with me. By the end of May I had a screaming match with her in my own car and told them both I knew hard drugs were a factor. I watched my brothers face sink in my rearview mirror as he admitted he had been using meth.

May into June, I would take my brother to coffee or lunch and try to talk him into rehab. His conversations were all over the place and full of delusion. My mom and I sat him down on his birthday to discuss it as well. A week later my brother agreed to go to my uncle's cabin. I truly thought if we could get him away from "home" for a week he would be able to choose rehab. He did in fact choose rehab after 5 days at the cabin. I knew we weren't out of the water until he checked in. I knew he was an adult and could change his mind and not check in once they arrived. My biggest concern was that he wouldn't actually check-in. Never in a million years would I have guessed the outcome would be publicized that my hard-working, caring little brother would end up committing such acts. It still shocks me. I'll admit that day I said a lot of prayers.

Hind sight is always 20/20. I have a lot of regrets. I should have traveled with my mom. I should have drove up to meet them before they left the cabin. Maybe Father's Day was a bad day to travel knowing my brother was struggling with my Dads passing as he got older. I know he wishes he could change what happened. I know he is embarrassed and sad. I know the days he's missing are eating his soul alive. We all know this was out of character for Nate. I know Nate is shocked by his own behavior. He is the guy that will give the shirt off his back. He is also the guy that will take responsibility.

Your Honor, please consider that my brother has no record and has been a contributing member of Society for his entire life until June 2024. I understand you have laws to uphold but throwing the book at Nathan will cost more than it would benefit. He is not a habitual criminal. He is remorseful and will be his entire life. Please consider what I have told you and make your just and honorable decision.

Sincerely,

Kelsey L Sughroue

**Larry D. Fossen**

2435 Brinkhaus St.
Chaska, Minnesota 55318
Phone: (612) 889-7145
E-mail: Larry.Fossen@gmail.com

April 10, 2025

The Honorable John R. Tunheim

Ref: Nathan Sughroue Letter of Support

Dear Sir:

I am writing in support of my nephew Nathan Sughroue. First my background; I grew up on a farm near Nathan's hometown of Indianola, NE. This was my permanent address until I graduated from the University of Nebraska with a BS in Agricultural Engineering and later a MBA from the University of Nebraska – Kearney.

I moved to Chaska, MN in February 1999 to start my Manufacturing Representative business, which I successfully ran and sold to Innovate Sales in January 2021. I have been employed by Innovate Sales as a Sales Engineer since that time.

Since I live a great distance from Nathan, I have not been able to see him frequently but did see him regularly when I went home for holidays and events. When he was a teenager, he even joined me on a multi-day canoe camping trip in the BWCA. On these visits and the camping trip, Nathan was always very kind and helpful, eager to help everyone in anyway possible. In all my times with Nathan, I have witnessed only a kind and caring individual, and never saw any violent tendencies.

Nathan was in Minnesota last June because he wanted to get "clean" from the drugs that were causing issues in his life. He asked his Mom (my sister Marcia Sughroue) to drive him to MN to get away. Rather than stopping in MN, they decided to go directly to our cabin near Hayward, WI, and I joined them the next day for several days.

In our talks at the cabin he was very remorseful for getting involved with the drugs that had changed his life and was ready to get on the road to recovery to a clean and sober life. He knew that he needed help, and was anxious to get treatment and get on the road to recovery.

I have no doubt that Nathan has learned from his mistakes, and I am certain he will return to being the kind and caring person I knew before his addiction, and a law abiding and productive citizen upon his release to the public.

Hopefully you can see the good in Nathan as well, and allow for him to return to being a free and productive citizen in a timely manner.

Sincerely,

Larry Fossen

Larry Fossen

Marcia Sughroue
122 N 2nd Street
Indianola, NE 69034

03/18/25

RE: Nathan Mathias Sughroue

TO: The Honorable John R. Tunheim,

I am writing this letter on behalf of my Son, Nathan Mathias Sughroue. I am Nathan's Mother and a Personal Lines Account Manager for Adams Insurance Advisors in Nebraska. Since I am 70 years old, I plan to retire in the very near future.

Nathan has always been a very kind and considerate individual. Ready to help anyone in need. He is a hardworking, responsible person and he believes in providing high quality work.

Since his dad passed away when Nathan was young (11 yr old), he often times tried to be the man of the house. He always wanted to learn how to do the things I had to ask a neighbor to help me do. He would work with the neighbor and learn how to do it so he would be able to do it himself the next time.

As soon as he was old enough to drive, he started working in order to have his own income.

After High School graduation, Nate attended auto body schooling. While going to school full time he also worked, so he could support himself. As soon as school was completed, He obtained a job immediately and continued to support himself.

Nathan worked in the irrigation business for several years. Farmers considered him an expert in pivot repair. They would request that he be the service tech on their pivots. Sometimes they even called him directly for his advice.

Nathan would always have time for his young nephews and their friends. Playing tag with them in the yard, or teaching them life skills. He even repaired several bicycles for the kids.

Nathan has always been there for me. He would help me with the yard work on his weekends, fix household items for me, take me to the Emergency Room when I broke my arm and even spent nights at my house after I had my back surgery. Sometimes he would come over just to chat.

The end of 2023 and into 2024, I noticed Nate seemed to be more distant than in the past. He had a new girlfriend and I was trying to back off and let them have space. It took him much longer to reply to texts and phone calls, if at all. He seemed to have more trouble concentrating on tasks, and more down (possibly depressed) than normal.

In the spring of 2024, I called some rehab places to see what we could do. I didn't know what was wrong, but he wasn't right. I was wondering if it could be drug use or just possibly depression. I was worried about depression as his Dad had bi-polar. Nate was very soft-spoken and it was hard to hear him when he was speaking. I did talk to Nate about his Dad's bi-polar and if he needed help I was here to help.

Late May 2024, his sister and I were discussing what we were seeing, and that he just wasn't himself. Nate's sister and I decided to take him to lunch for his birthday on June 3rd and after lunch we talked to him for a few hours. We let him know, we felt he needed help and we were here for him. He brought up his Dad's death and was saying things that were not true. I tried to clear up his misconceptions. I didn't know if he really thought that is what happened to his father, or if he was delusional.

On June 12, 2024 Nate came to my house to ask for help. He wanted me to take him to my brother's cabin in Wisconsin. While in Wisconsin, he asked to go to rehab, as he knew he needed professional help. I called Valley Hope in O'Neill Nebraska. Nate talked to Valley Hope and we set up a check-in date for Sunday evening June 16th. On Sunday morning we left Wisconsin for Nebraska. When I stopped to take a quick break in Shakopee, Nate took off. We called 911 for help.

When I heard from the Police the acts Nate had committed on June 16th, I was shocked. This was totally out of character for him. As a mother I felt like I had failed him. He was asking for my help to get him professional help and I was too slow in getting him the help he wanted and needed.

While it is unfortunate that he made the bad decisions, it does not surprise me that he is accepting responsibility for his actions. As I talk to Nate or just see him in court, I can tell he is remorseful. He is upset with not only letting himself down, but he also feels he has let his family and friends down. He is very bored while being incarcerated. He has never been good at sitting around doing nothing for long periods of time.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite this case, I still believe Nate to be an honorable individual and valuable member to our community. I believe him to be an overall good human being.

Sincerely,

Marcia Sughroue

Marcia A. Sughroue